**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**


ANTIONNE LAMAR SHULER,

     Petitioner,

-vs-                              Case No.  8:11-CV-2299-T-30TGW

SECRETARY, DEPARTMENT
OF CORRECTIONS,

     Respondent.
_____/

## ORDER

On October 11, 2011, Shuler petitioned for the writ of habeas corpus (Dkt. 1).  He did not pay the $5.00 filing fee.  Nor did he request leave to proceed *in forma pauperis*.

On October 13, 2011, the Court ordered Shuler to either submit the $5.00 filing fee or complete and file an affidavit of indigency on or before November 12, 2011 (Dkt. 3).  The Clerk sent Shuler an affidavit of indigency form with his copy of the October 13, 2011 Order (Id. at 2).  Shuler was advised that the failure to timely pay the fee or complete and return the affidavit of indigency would result in the dismissal of this action without further notice (Id. at 1-2).  Shuler has failed to timely respond to the Court's October 13, 2011 Order.  The Order was mailed to Shuler's address of record, and it has not been returned to the Clerk as undeliverable.

ACCORDINGLY, it is **ORDERED AND ADJUDGED**:

1.     This case is dismissed without prejudice to Petitioner filing a new petition, in a new case,  with a new case number, and either paying the filing fee or submitting a motion for leave to proceed *in forma pauperis*.

2.     The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 29, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Petitioner *pro se*

2